```
McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
JOSEPH M. COOK
Chief Certified Student, Misdemeanor Unit
501-I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2805
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. 01-0005-JFM |
| )  Plaintiff, ) | |
| ) | MOTION TO DISMISS INFORMATION |
| v. ) | AND ORDER |
| ) | |
| NIA A. LINGLEY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, MATTHEW C. STEGMAN, Assistant U.S. Attorney, hereby moves this Honorable Court for an Order dismissing without prejudice the Information filed against defendant and that the Bench Warrant be recalled.

On August 22, 2000, the defendant was cited for no license and was issued citation number R0916644/CA-95. The Government superseded the citation with the filing of the Information.

///

///

///

1

herein. On or about May 30, 2006, the defendant forfeited collateral for the issued citation to Central Violations Bureau in the amount of $210.00.

DATED: February 25, 2008.

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                 By: /s/Matthew C. Stegman
                                    MATTHEW C. STEGMAN
                                    Assistant U.S. Attorney

                 ORDER

IT IS SO ORDERED.

DATED: February 27, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/lingley.dsm

2